IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

    Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

    Defendants.

---

ORDER DENYING MOTION FOR ORDER OF REFERENCE TO MAGISTRATE
JUDGE FOR SETTLEMENT CONFERENCE

---

  On January 26, 2006, the plaintiff filed a Motion for Order of Reference to Magistrate Judge for Settlement Conference with respect to the issues between the plaintiff and Financial Consulting and Trading International, Inc., and Gabriel Frem.  The motion recites that those defendants favor a settlement meeting but not a judicial settlement conference.  In the absence of agreement, it is

  ORDERED that the Motion for Order of Reference to Magistrate Judge for Settlement Conference is denied.

  Dated: January 27, 2006

              BY THE COURT:

              s/Richard P. Matsch

              _____
              Richard P. Matsch, Senior District Judge