# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1209-RPM-MJW

CONCORD COMPUTING CORPORATION, a Delaware Corporation,

    Plaintiff,

vs.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC., a California corporation,
RYAN RAMEY, an individual, and
GABRIEL FREM, an individual.

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER BY EXTENDING DISCOVERY CUTOFF BY FOUR DAYS

THIS MATTER having come before the Court on the Parties Joint Stipulated Motion to Amend the Scheduling Order by Extending Discovery Cutoff by Four Days, the Court having considered the Motion, and being duly advised, it is hereby

ORDERED that the Motion is granted.  The Parties shall have to and including May 5, 2006 to complete discovery.

DATED this 17th day of April, 2006.

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      United States District Court Judge

3542501_1.DOC