# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1209-RPM-MJW

CONCORD COMPUTING CORPORATION, a Delaware Corporation,

    Plaintiff,

vs.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC., a California corporation,
RYAN RAMEY, an individual, and
GABRIEL FREM, an individual.

    Defendants.

## ORDER

UPON CONSIDERATION of Defendant Ryan Ramey's Unopposed Motion for Leave to File Third Party Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Motion is granted and the Third-Party Complaint attached to said Motion is deemed filed as of this date.

DATED: April 20th, 2006

                                                BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              United States District Court Judge