**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                 October 2, 2006
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 05-cv-01209-RPM

| | |
|---|---|
| CONCORD COMPUTING CORPORATION, a Delaware Corp. | Christopher Toll
Kristin White |
| Plaintiff, | |
| v. | |
| FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC., a California corporation,
RYAN RAMEY, and
GABRIEL FREM, | Matthew Rita
Michael Hofmann |
| Defendants, | |
| RYAN RAMEY, | Dan Cross |
| Third-Party Plaintiff, | |
| v. | |
| THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY, and
THE FIRST DATA SEVERANCE POLICY, | Michael Beaver |
| Third-Party Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**9:59 a.m.     Court in session.**

Court's summary of its review of the pleadings, pending motions, case facts and procedural history of the case.

Court's findings as stated on record.

**ORDERED:     Plaintiff's Motion for Leave to File First Amended Complaint, filed December 1, 2005 [20], is denied.**

**ORDERED:     Plaintiff's Motion for Preliminary Injunction, filed December 2, 2005 [22], is denied.**

October 2, 2006
05-cv-01209-RPM

**ORDERED:** **Plaintiff Concord's Motion for Partial Summary Judgment on Defendants' Counterclaims, filed June 1, 2006 [45], is denied.**

**ORDERED:** **First Data Corporation's Merger Severance Policy Motion for Summary Judgment is granted and First Data's Severance Policy Motion for Summary Judgment on Ryan Ramey's Claim for Severance Benefits Under ERISA, filed June 1, 2006 [43], is denied.**

Counsel state discovery is completed and they are prepared to proceed to trial.

**ORDERED:** **Pretrial conference scheduled November 3, 2006 at 4:00 p.m. Counsel shall prepare and submit a proposed pretrial order in accordance with the Court's instructions.**

**10:24 a.m.**   **Court in recess.**   Hearing concluded.   Total time in court: 25 min.

2