**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:              November 17, 2006
Courtroom Deputy:  J. Chris Smith
ECR Technician:    Kathy Terasaki

_____

Civil Action No. 05-cv-01209-RPM

CONCORD COMPUTING CORPORATION, a Delaware Corp.         Christopher Toll
                                                        Kristin White
     Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,   Matthew Rita
a California corporation,                               Michael Hofmann
RYAN RAMEY, and
GABRIEL FREM,

     Defendants,

RYAN RAMEY,                                             Dan Cross

     Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY, and   Michael Beaver
THE FIRST DATA SEVERANCE POLICY,

     Third-Party Defendants.
_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**3:00 p.m.     Court in session.**

Discussion regarding rescission based on fraud / breach of fiduciary duty, anticipatory breach by repudiation and damages.

**Court states with respect to measure of damages the law is benefit of the bargain** (gross profits)**.**

**ORDERED:     Concord's Motion to Strike FCTI's Contract Damages Computation, filed October 17, 2006 (74), is denied.  FCTI shall recompute damages.**

November 17, 2006
05-cv-01209-RPM

Mr. Hoffmann states defendants do not object to plaintiff retaining a damages calculation expert.

**ORDERED:** **Claim for implied covenant of good faith and fair dealing is dismissed. No contract limitation with respect to damages.**

Discussion regarding ERISA claim.
Mr. Beaver states the record is complete with the addition of minutes.

**ORDERED:** **Defendant Ramey's ERISA claim is separated and will be determined based on the administrative record with briefs filed after verdict.**

Discussion regarding access to sealed exhibits.

**ORDERED:** **Mr. Frem is entitled to review sealed exhibits in the presence of counsel and not make copies. Exhibits shall be public in the courtroom.**

Discussion Mr. Thomson as a witness and asserted privilege.

**ORDERED:** **Mr. Thomson will not testify as a witness.**

Court states its trial procedures.

**ORDERED:** **Five to seven day jury trial scheduled May 7, 2007. Deadline for defendants' damages calculations is January 12, 2007. Deadline for plaintiff's rebuttal evidence is February 16, 2007. Damages discovery complete by March 16, 2007. Proposed revised final pretrial order shall be submitted by April 2, 2007.**

**3:27 p.m.** **Court in recess.**

Hearing concluded.   Total time: 27 min.