IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

       Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

       Defendants,

RYAN RAMEY,

       Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY and
THE FIRST DATA SEVERANCE POLICY,

       Third Party Defendant.

---

## ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference convened on November 17, 2006, it is

ORDERED that this matter is set for trial to jury on **May 7, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

Dated: November 21st, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge