IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

      Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

      Defendants,

RYAN RAMEY,

      Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY and
THE FIRST DATA SEVERANCE POLICY,

      Third Party Defendants.

---

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

---

On December 18, 2006, the plaintiff filed a Motion to Compel Production of Documents and for Leave to Conduct Damages Deposition. The defendants filed their response on January 5, 2007. As noted both in the motion and in the response, the request for production of documents is premature and inconsistent with this Court's direction at the pretrial conference on November 17, 2006. Accordingly, it is

ORDERED that the plaintiff's motion to compel (Doc. #92) is denied.

Dated: January 10th , 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge