**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             March 29, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 05-cv-01209-RPM

CONCORD COMPUTING CORPORATION, a Delaware Corp.        Kristin White

     Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,  Michael Hofmann
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

     Defendants,

RYAN RAMEY,                                            Thomas J. Overton

     Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY, and   No appearance
THE FIRST DATA SEVERANCE POLICY,

     Third-Party Defendants.
_____

### COURTROOM MINUTES
_____

**Motion Hearing**

**3:00 p.m.      Court in session.**

Court's preliminary remarks.

Discussion regarding separating equitable claim from legal claims.

3:06 p.m.      Argument by Ms. White.

3:10 p.m.      Argument by Mr. Hoffman.

March 29, 2007
05-cv-01209-RPM

Statements by Ms. White.

**ORDERED:** **Renewed Motion to Compel Production of Documents and/or for Leave to Re-Open Discovery as to FCTI's Claimed damages, filed January 17, 2007 [95], is resolved pursuant to Court's ruling.  Mr. Frem shall be made available for further deposition, the backup data given to the expert and the data expert relied on shall also be made available.**

**3:18 p.m.** **Court in recess.**

Hearing concluded.  Total time: 18 min.