**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              May 2, 2007
Courtroom Deputy:  J. Chris Smith
ECR Technician:    Kathy Terasaki
_____

Civil Action No. 05-cv-01209-RPM

CONCORD COMPUTING CORPORATION, a Delaware Corp.        Christopher Toll
                                                       Scott Barker
     Plaintiff,                                       Kristin White
                                                       Susie Grant
v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,  Matthew Rita
a California corporation,                              Michael Hofmann
RYAN RAMEY, and                                        Larry Zavadil
GABRIEL FREM,

     Defendants,

RYAN RAMEY,

     Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY, and
THE FIRST DATA SEVERANCE POLICY,

     Third-Party Defendants.
_____

**COURTROOM MINUTES**
_____

**Final Trial Preparation Conference**

**2:58 p.m.      Court in session.**

Mr. Zavadil states he has reviewed the Pretrial Order and all Orders previously entered. Counsel submit proposed voir dire and instructions.

Court and counsel review and modify Statement of Case.

Court instructs counsel to prepare and submit 34 copies of list of witnesses, names and business entities by May 4, 2007.

May 2, 2007
05-cv-01209-RPM

Court states its jury selection and voir dire practice.
Defendants' three peremptories are combined.

Counsel estimate six days for trial.

Court advise counsel of its rulings on the videotape deposition transcript of Ms. Mellor.

Court states its trial read deposition transcript practice.

**Court rules the FCTI's damage is net revenue from the contract.**

**ORDERED:   Concord's Motion in Limine Regarding Damages Issue, filed April 5, 2007 [102], is denied.**

**Court states Mr. Frem may testify regarding damages.**

**ORDERED:   Concord's Daubert Motion in Limine to Exclude Allanna Kelloggs's Testimony, filed April 5, 2007 [103], is denied.**

Court states only stipulated exhibits may be used during opening statements.
**Order of witnesses shall be disclosed 48 hours in advance.**
**Videotape depositions for impeachment purposes may only be used on parties.**

Counsel agree to permit examinations to exceed scope for witnesses designated by both plaintiff and defendants.

Court states only upon agreement may witnesses be called out of order.

Experts witnesses may listen to witness testimony.

**3:35 p.m.      Court in recess.**

Hearing concluded.   Total time: 37 min.