IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

    Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

    Defendants,

RYAN RAMEY,

    Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY and
THE FIRST DATA SEVERANCE POLICY,

    Third-Party Defendants.

---

ORDER ON CLAIMS

---

Pursuant to the Court's order of November 17, 2006; the voluntary dismissal of the counterclaims of defendant Ryan Ramey and the third-party claim of Ryan Ramey against The First Data Corporation Merger Severance Policy and The First Data Severance Policy and pursuant to the orders entered by the Court in the course of the trial and the Court having entered final judgment against Concord Computing Corporation and in favor of Financial Consulting and Trading International, Inc., in the amount of $16,000,000 pursuant to the jury verdict returned May 10, 2007, it is now

ORDERED that all claims, counterclaims and third-party claims in this civil action other than the claims reflected in the judgment are dismissed.

DATED: May 10th, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge