IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01209-RPM

CONCORD COMPUTING CORPORATION, a Delaware Corp.

    Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

    Defendants,

RYAN RAMEY,

    Third-Party Plaintiff,

v.

THE FIRST DATA CORPORATION MERGER SEVERANCE POLICY, and
THE FIRST DATA SEVERANCE POLICY,

    Third-Party Defendants.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

    IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on May 7, 2007, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED at Denver, Colorado this 10 day of May, 2007.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2007

GREGORY C.