IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

      Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,
RYAN RAMEY, and
GABRIEL FREM,

      Defendants,

---

ORDER FOR STAY ON CONDITION OF POSTING SECURITY

---

On May 24, 2007, the plaintiff, Concord Computing Corporation, filed a motion for stay of execution of judgment, pursuant to Fed.R.Civ.P. 62(b) pending disposition of the motion for new trial or in the alternative, remittitur, also filed May 24, 2007.  The defendant, Financial Consulting and Trading International, Inc., filed its opposition to the motion because it asked for waiver of any security based on the alleged financial strength of First Data Corporation.  The judgment of $16,000,000 entered May 10, 2007, is for payment by Concord Computing Corporation, a subsidiary of First Data Corporation.  The financial strength of First Data Corporation is therefore irrelevant.  Security for payment should be required and it is therefore

ORDERED that the motion for stay of execution is granted to June 4, 2007, and will be extended thereafter upon the posting of an adequate security bond in the amount of $16,000,000 by 5:00 p.m. Mountain Standard Time on June 4, 2007.

Dated: May 29th , 2007

BY THE COURT:
s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge