IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

      Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,

      Defendant.

___

ORDER FOR ENTRY OF AMENDED JUDGMENT

___

      Upon consideration of the Plaintiff's Motion for New Trial or, in the Alternative, Remittitur, filed May 24, 2007, the Defendant's response and the Plaintiff's reply, the Court concludes that the judgment entered on May 10, 2007, must be amended to reduce the amount of damages awarded to $5,000,000.  The jury found in this case that Concord Computing Corporation ("Concord") breached the ATM Management Agreement by repudiation and awarded Financial Consulting and Trading International, Inc., ("FCTI") damages in the amount of $16,000,000. based on the defendant's evidence of the loss of net revenues from its expectations of performance.  In its post verdict motion, Concord asserts that the recovery of damages for its breach of contract is limited by Section 4(f) of the Agreement.  Before trial, this Court rejected that argument because the plaintiff rescinded the contract.  The jury rejected the rescission and found that Concord's effort to do so was a repudiation which constitutes a breach of contract under Colorado law.  The parties expressly limited damages for breach in Section 4(f) to the losses of $5 million or the actual direct out-of-pocket expenses of

2

FCTI.  The latter alternative is not applicable in this case but the $5 million limit requires

a reduction in the jury award as a matter of law.  Remittitur is not required.  The other contentions of Concord's Rule 59 motion are rejected.

Upon the foregoing, it is

ORDERED, that the Clerk of this Court shall enter an amended judgment reducing the amount to be paid by Concord to $5,000,000. with costs and with interest to accrue at 4.90 per cent beginning on May 10, 2007.  It is

FURTHER ORDERED, that in all other respects the plaintiff's Rule 59 motion for new trial is denied.

DATED: July 17th, 2007

> BY THE COURT:
>
> s/Richard P. Matsch
>
> _____
> Richard P. Matsch, Senior District Judge