IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

       Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,

       Defendant.

## ORDER ON PENDING MOTIONS

Pursuant to the order for entry of amended judgment dated July 17, 2007, an amended judgment was entered on that same date, in favor of the defendant Financial Consulting and Trading International, Inc. (FCTI) and against the plaintiff Concord Computing Corporation (Concord), in the sum of $5,000,000, with costs and interest to accrue at 4.90 percent beginning on May 10, 2007.

On July 31, 2007, Concord moved pursuant to Fed. R. Civ. P. 59(e) to alter or amend the amended judgment, arguing that it rests on an incorrect application of the limitation of liability found in section 4(e) of the ATM Management Agreement.

On July 31, 2007, FCTI filed a motion pursuant to Fed. R. Civ. P. 59 and 60(a) to Amend/Correct the Amended Judgment, arguing that Concord is not entitled to invoke the ATM

Management Agreement's limitations on damages and that the court misinterpreted Sections 4(e) and 10(c) of that agreement. FCTI requests entry of an amended judgment reinstating the jury's $16 million verdict, with pre-judgment interest from June 1, 2005. FCTI also pointed out that the Order for Entry of Amended Judgment dated July 17, 2007, mistakenly refers to Sections 4(f) of the ATM Management Agreement when discussing Section 4(e) of that agreement.

On August 15, 2007, Concord moved to amend the order for stay dated May 29, 2007, to reduce the amount of the required bond.

As set forth in the Order for Entry of Amended Judgment, dated July 17, 2007, the ATM Management Agreement limits Concord's liability with respect to claims arising out of that agreement. Section 4(e) of the ATM Management Agreement operates in this action to limit Concord's liability to $5 million. References to "Section 4(f)" in the Order for Entry of Amended Judgment should read "Section 4(e)." The clerical errors in the Order for Entry of Amended Judgment do not affect the Amended Judgment dated July 17, 2007, and no further modification of the Amended Judgment is necessary.

Accordingly, it is

ORDERED that Concord's motion [doc. 164] to Alter or Amend the Judgment is denied. It is

FURTHER ORDERED that FCTI's motion [doc. 165] to Amend/Correct the Amended Judgment is denied. It is

FURTHER ORDERED that Concord's motion [doc. 166] to amend the order for stay is granted. The Order for Stay on Condition of Posting Security, dated May 29, 2007 [doc. 157], is amended so that the amount of the security bond required to stay execution is a bond in the amount of $5,444,606.81.

Dated: November 7, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge