IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01209-RPM

CONCORD COMPUTING CORPORATION,
a Delaware Corporation,

    Plaintiff,

v.

FINANCIAL CONSULTING AND TRADING INTERNATIONAL, INC.,
a California corporation,

    Defendant.

---

ORDER DENYING "STIPULATION TO DISMISS"

---

On February 15, 2008, Financial Consulting and Trading International, Inc., filed a Notice of Satisfaction of Judgment of the Judgment entered in favor of it on May 10, 2007, and amended on July 17, 2007. On the same date, the plaintiff filed a "Stipulation to Dismiss with Prejudice" signed only by its counsel. On that same date, Financial Consulting and Trading International, Inc., filed a notice that it did not consent to the stipulation and on February 18, 2008, the plaintiff filed a response. The parties have dismissed the appeal in this case, apparently pursuant to some settlement agreement which was not supplied to this Court. The only judgment entered in this court is that to which the notice of satisfaction of judgment was addressed. Dismissal of this civil action would be inconsistent with the entry of that judgment and the satisfaction of it. Accordingly, it is

    ORDERED that the "Stipulation to Dismiss with Prejudice" is stricken.

    DATED: February 19th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge